[No. 11445-7-III.   Division Three.   January 21, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CLYDE
E. DENNIS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 91-1-00044-7, Robert N. Hackett, Jr., J., entered
March 1, 1991. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Shields, C.J., and Thompson, J.

[No. 14532-4-II.   Division Two.   January 21, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY
RUSSELL SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 90-1-00186-9, Paula Casey, J., entered
November 27, 1990. *Affirmed* by unpublished opinion per
Swanson, J. Pro Tem., concurred in by Alexander, C.J., and
Green, J. Pro Tem.

[No. 14020-9-II.   Division Two.   January 21, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
M. GEIGER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 89-1-00878-5, Thomas L. Lodge, J., entered
June 8, 1990. *Affirmed in part, reversed in part*, and
*remanded* by unpublished opinion per Doran, J. Pro Tem.,
concurred in by Seinfeld, A.C.J., and Dolliver, J. Pro Tem.